Irving Masten, Respondent, v. J. Pembroke Bonsal, Appellant, Impleaded with Another.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

Sidney Masten, an Infant, etc., Respondent, v. J. Pembroke Bonsal, Appellant, Impleaded with Another.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

The People of the State of New York, Respondent, v. Orange County Milk Association, Appellant.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

Jonas Hecht, Respondent, v. Ignatz Wahl, Appellant.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

Kline Brothers & Company, Appellant, v. The Hanover Fire Insurance Company of the City of New York, Respondent.— Judgment and order affirmed, with costs. (See *Kline Brothers & Co.* v. *Hanover Fire Ins. Co.,* 155 App. Div. 929; *Royal Insurance Co.* v. *Kline Bros. & Co.,* 198 Fed. Rep. 468.) Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

Frank Tortorelli, Respondent, v. Bronx Cut Stone Company, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

Michael Hughes, Appellant, v. Conroy Brothers, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

Giovanni B. Lobravico, Respondent, v. The City of New York, Appellant.— Judgment and order affirmed, with costs, on former opinion (155 App. Div. 184). Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ. Ingraham, P. J., and Laughlin, J., dissented on former dissenting opinion.

The People of the State of New York, Respondent, v. Samuel Iquinto, alias Samuel Quinto, Appellant.— Judgment affirmed. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.